PHILIP A. LEWIS
Attorney at Law
Suite 500
210 SW Morrison Street
Portland, OR 97204
(503) 226-3498
E-mail: phil@phillewis.com

    Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DAVID JOHN OVIST,<br>    Defendant. | Case No. 3:11-cr-00076-BR<br><br>ORDER REQUIRING WELLS FARGO<br>TO APPEAR AND SHOW CAUSE WHY<br>IT SHOULD NOT BE FOUND IN<br>CONTEMPT |

THIS MATTER came before the court on defendant's motion for an order requiring Wells Fargo, N.A. ("Wells Fargo") to appear and show cause why it should not be found in contempt for failing to properly respond to a subpoena duces tecum issued pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure. And, it appearing to the court that Wells Fargo has been duly served with a subpoena duces tecum, and it further appearing to the court that, based on the representations of counsel, there has been no response to the subpoena,

IT IS HEREBY ORDERED that defendant's motion for an order directing Wells Fargo to appear and show cause is granted.

1 -  ORDER REQUIRING WELLS FARGO TO APPEAR AND SHOW CAUSE WHY
    IT SHOULD NOT BE FOUND IN CONTEMPT

IT IS FURTHER ORDERED that a representative of Wells Fargo appear before this court on the 19th day of July, 2013, at 1:30 p.m., and show cause why it should not be found in contempt for failing to fully comply with the subpoena in question.

IT IS FURTHER ORDERED that the U.S. Marshal shall, at government expense, serve on Corporation Service Company, Registered Agent for Wells Fargo Bank, N.A., 285 Liberty St, NE, Salem, Oregon; and on Nicole Tasto, Service Manager, Wells Fargo Bank, 1300 SW Fifth Avenue, Portland, Oregon, a court-certified true copy of this order as soon as is reasonably practicable. Further, if Ms. Tasto is not available to receive service, service may be made on any other branch manager authorized to receive service.

DATED this 11th day of July, 2013.

_____
U.S. DISTRICT COURT JUDGE

2 -  ORDER REQUIRING WELLS FARGO TO APPEAR AND SHOW CAUSE WHY IT SHOULD NOT BE FOUND IN CONTEMPT